ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEHMOOD UL HASAN, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:25-cv-03131-JDP <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due currently December 29, 2025. Defendant has not previously requested an extension of this deadline.

2. At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

3. Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding obtaining

eCARs and other pressing deadlines resulting from the lapse in funding. We are currently working with our previously furloughed staff in order to work through the backlog. Yet given staffing shortages due to the upcoming holidays it is not expected that this CAR will be available for filing by its current due date.

4. Given this situation Defendant requests an extension of 30 days to respond to Plaintiff's Complaint.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until January 28, 2026, respond to Plaintiff's Complaint.

`                                  Respectfully submitted,

Date: _December 29, 2025_        By:   _s/ Francesco Paulo Benavides_
                                        Francesco Paulo Benavides
                                        Law Offices of Francesco Benavides
                                        Attorney for Plaintiff
                                        (*as authorized by email)

Date: _December 29, 2025_              ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                 By:   _s/ Oscar Gonzalez de Llano_
                                        OSCAR GONZALEZ de LLANO
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

                                   ORDER

IT IS SO ORDERED.

Dated:    December 29, 2025              _____
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE