ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MEHMOOD UL HASAN,

      Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25-CV-03131-JDP

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-two (32) days from March 26, 2026, up to and including April 27, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to the Defendant's undersigned counsel due to office need. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed six responsive briefs and two

settlement memoranda. In addition to this case, counsel has nine upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: March 25, 2026            By:      /s/ *Francesco Benavides*␣
                                          (*as authorized via e-mail on March 25, 2026)
                                          FRANCESCO BENAVIDES
                                          Attorney for Plaintiff

Dated: March 25, 2026                     ERIC GRANT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1
                                          Social Security Administration

                                  By:      /s/ *Lillian J. Lee*␣
                                          LILLIAN J. LEE
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 27, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.


Dated:    March 27, 2026        _____
                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE